FILED:  February 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-4088**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

CURTIS DAVIS,

        Defendant – Appellant.


_____

O R D E R

_____

The court amends its opinion filed January 25, 2024, as follows:

On page 2, the phrase "According to the search warrant affidavit," is added to the beginning of the last sentence.

On page 3, footnote 1 is added to the text of the opinion.

        For the Court

        /s/ Nwamaka Anowi, Clerk